**Opinion issued May 7, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00410-CV

————————————

## IN RE FIDELIS JOHNSON BADAIKI, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Fidelis Johnson Badaiki has filed a pro se petition for writ of mandamus asserting that the county court abused its discretion by denying his plea in abatement.[1]

---

[1] The underlying case is *Ponderosa Forest Maintenance Association v. Fidelis Johnson Badaiki DBA Engineered Constructions*, cause number 1264738, pending in the County Civil Court at Law No. 5 Harris County, Texas, the Honorable Jermaine Thomas presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.7(a), 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.